```
                  UNITED STATES  DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

SCOT KEENE BEDLION                                CIVIL ACTION

VERSUS                                            NUMBER: 13-0612

STATE OF LOUISIANA, ET AL.                        SECTION: "F"(5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's §1983 claims are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 29th day of ____April____, 2013.

_____
UNITED STATES DISTRICT JUDGE